

# United States District Court
# Eastern District of California

BOAKAI KONNEH,

Plaintiff(s)

V.

WELLS FARGO BANK, N.A., et al.

Defendant(s)

Case Number: 2:25-cv-03517-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, JASMINE K. GARDNER hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
WELLS FARGO BANK, N.A.

On 08/28/2014 (date), I was admitted to practice and presently in good standing in the Supreme Court of North Carolina (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/27/2026     Signature of Applicant: /s/ Jasmine K. Gardner

**Pro Hac Vice Attorney**

Applicant's Name: JASMINE K. GARDNER

Law Firm Name: MCGUIREWOODS LLP

Address: 201 NORTH TRYON STREET

SUITE 3000

City: CHARLOTTE          State: NC          Zip: 28202

Phone Number w/Area Code: (704) 343-2262

City and State of Residence: CONCORD, NC

Primary E-mail Address: JGARDNER@MCGUIREWOODS.COM

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: ALICIA A. BAIARDO

Law Firm Name: MCGUIREWOODS LLP

Address: 201 CLAY ST

SUITE 1300

City: SAN FRANCISCO          State: CA          Zip: 94111

Phone Number w/Area Code: (415) 844-1973          Bar # 254228

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 1, 2026

_____
JUDGE, U.S. DISTRICT COURT

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Grant E. Buckner, Clerk of the Supreme Court of North Carolina, do hereby certify

that on August 28, 2014, license to practice as an Attorney and Counselor at Law in all the

Courts of this State was issued by the North Carolina Board of Law Examiners to

## Jasmine Kelly Gardner

according to the certified list of licentiates reported by the Secretary of said Board and filed

in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this

Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at office in

Raleigh, this February 18, 2026.

Grant E. Buckner
Clerk of the Supreme Court
of the State of North Carolina